1  Laurie Edelstein (CA Bar #164466)   ARNOLD & PORTER KAYE SCHOLER LLP
   STEPTOE & JOHNSON LLP               Michael A. Berta (SBN 194650)
2  One Market Plaza                    Michael.Berta@arnoldporter.com
   Spear Tower, Suite 3900             Three Embarcadero Center, 10th Floor
3  San Francisco, CA 94105            San Francisco, CA 94111-4024
   Telephone: (415) 365-6700          Tel: 415-471-3100
4  Facsimile:  (415) 365-6699         Fax: 415-471-3400
   ledelstein@steptoe.com
5                                      Nicholas H. Lee (SBN 259588)
                                       Nicholas.Lee@arnoldporter.com
6  *Attorney for Plaintiff Express Mobile, Inc.*   777 South Figueroa Street, 44th Floor
                                       Los Angeles, CA 90017-5844
7                                      Tel: 213-243-4000
                                       Fax: 213-243-4199
8
                                       *Attorneys for Defendants Adobe Inc. d/b/a*
9                                      *Adobe Systems Incorporated and X.Commerce*
                                       *Inc.d/b/a Magento*

10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  EXPRESS MOBILE, INC., ) | |
| ) | |
| 14      Plaintiff, ) | Civil Action No. 3:20-cv-8297-RS |
| ) | |
| 15      v. ) | **ORDER GRANTING STIPULATED** |
| ) | **REQUEST REGARDING INITIAL** |
| 16  ADOBE INC. d/b/a ADOBE SYSTEMS ) | **CASE MANAGEMENT CONFERENCE** |
| INCORPORATED AND ) | |
| 17  X.COMMERCE INC. d/b/a MAGENTO ) | Action Filed: November 24, 2020 |
| ) | |
| 18      Defendant. ) | |
| ) | |

19
20
21
22
23
24
25
26
27
28

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

STEPTOE & JOHNSON LLP
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

1   WHEREAS, Plaintiff Express Mobile, Inc. ("Express Mobile") filed this action against

2   Defendants Adobe Inc. d/b/a Adobe Systems Incorporated and X.Commerce Inc.d/b/a Magento

3   (collectively, "Defendants") on November 24, 2020;

4   WHEREAS, counsel for Express Mobile and counsel for Defendants agreed that

5   Defendants shall have until February 11, 2021 to answer or otherwise respond to Express

6   Mobile's complaint and extending the time for Defendants to answer or otherwise respond to

7   Express Mobile's complaint does not affect any existing dates already fixed by the Court;

8   WHEREAS, the Court has set an Initial Case Management Conference for February 25,

9   2021 (ECF No. 9), and that the interests of judicial efficiency and conservation of the parties'

10   and the Court's resources would be best served by continuing the date of the Initial Case

11   Management Conference until after Defendants respond to the complaint and any required

12   response(s) thereto by the parties;

13   WHEREAS, there have been no previous extensions in this case;

14   THEREFORE, good cause having been shown, IT IS HEREBY ORDERED that the

15   Initial Case Management Conference originally set for February 25, 2021 is rescheduled to

16   March 25, 2021.   All parties shall appear telephonically and must contact Court Conference at

17   (866) 582-6878 at least one week prior to the Conference to arrange their participation.

18   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20   Dated: December 23 , 2020

21   _____

22   The Honorable Richard G. Seeborg
     United States District Court Judge

23

24

25

26

27

28