United States District Court
Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   X.COMMERCE, INC.,                    Case No.  17-cv-02605-RS

           Plaintiff,
11
12       v.                              **ORDER GRANTING STAY AND
                                         DENYING MOTION TO
13   EXPRESS MOBILE, INC.,               CONSOLIDATE**

           Defendant.
14

15   EXPRESS MOBILE, INC.,                Case No.  20-cv-08297-RS

16         Plaintiff,                    **ORDER DENYING MOTION TO
                                         CONSOLIDATE**
17       v.

18   ADOBE INC., et al.,

19         Defendants.

20

21

22          1.  In Case No. 17-cv-02605-RS, declaratory relief plaintiff X.Commerce, Inc. seeks a stay

23   of the action pending reexamination by the Patent and Trademark Office ("PTO") of the two

24   patents in suit. While it would be premature at this juncture to enter a stay expressly extending

25   through final conclusion of those reexamination proceedings, a confluence of circumstances

26   support a temporary stay, subject to reevaluation of the situation in six months. Even though the

27   advanced stage of the litigation ordinarily might weigh against a stay, there is no undue prejudice

28   to the patent holder in this instance, particularly where it remains uncertain when a jury trial could

commence.

Express Mobile has opposed a stay *per se*. Nevertheless, it has suggested in the alternative a "pause" of this action, to allow Case No. 20-cv-08297-RS  (which it contends should be formally consolidated herewith) to "catch up." Even though formal consolidation is not warranted, as discussed below, Express Mobile's suggestion for such a "pause" further shows that this temporary stay is appropriate.

Accordingly, Case No. 17-cv-02605-RS is hereby stayed through November 30, 2021. Two weeks prior to the expiration of the stay the parties shall file a joint status update setting out the status of the reexamination proceedings, and their respective positions on whether the stay should be extended, and if so, for how long. For administrative purposes, all pending motions in this action are deemed denied without prejudice. Once the stay is lifted, any or all of the motions may be renewed simply by re-noticing them, although to the extent events in the reexaminations, developments in the law, or other changed circumstances warrant supplemental briefing, the parties should meet and confer to propose appropriate scheduling.

2.  Pursuant to Civil Local Rule 7-1(b), the motion to consolidate Case No. 17-cv-02605-RS and Case No. 20-cv-08297-RS  is suitable for disposition without oral argument and the hearing set for March 25, 2021 is vacated. Rule 42 of the Federal Rules of Civil Procedure permits but does not define "consolidation" of cases. Here, Express Mobile is not proposing the filing of a "consolidated complaint" or seeking any other relief that requires formal "consolidation" of the two actions. Both cases are already pending before the same judge and, as this order reflects, are subject to any appropriate case management procedures that serve judicial efficiency and the interests of justice. Accordingly, the motion to consolidate is denied, but the parties will be expected to continue cooperating to ensure the greatest efficiencies in how the two cases proceed.

United States District Court
Northern District of California

CASE NO. 17-cv-02605-RS

2

1    **IT IS SO ORDERED**.

2

3    Dated: March 5, 2021

4                                                        _____
5                                                        RICHARD SEEBORG
                                                         Chief United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28